UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| ALISON RAMOS<br><br>    Plaintiff,<br><br>vs.<br><br>MARCO DESTIN, INC.<br><br>    Defendant | CIVIL ACTION NO.: 3:21-cv-64-MCR-EMT<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Alison Ramos, and Defendant, Marco Destin, Inc., who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate that this matter is dismissed without prejudice, each party to bear its own fees and costs. No other parties have appeared in this action.

Respectfully submitted,

| | |
|---|---|
| /s/ *Mary Bubbett Jackson* | By: */s/ B. Tyler White* |
| Mary Bubbett Jackson, | Richard N. Margulies, |
| Florida Bar No. 1008052 | Florida Bar No. 607487 |
| **JACKSON+JACKSON** | Richard.Margulies@jacksonlewis.com |
| 1992 Lewis Turner Blvd | B. Tyler White, |
| Suite 1023 | Florida Bar No. 038213 |
| Fort Walton Beach, Florida 32547 | Tyler.White@jacksonlewis.com |
| T: (850) 200-4594 | JACKSON LEWIS P.C. |
| F: (888) 988-6499 | 501 Riverside Avenue, Suite 902 |
| E: mjackson@jackson-law.net | Jacksonville, Florida 32202 |
| | Telephone: (904) 638-2655 |
| *Attorney for Plaintiff* | Christina.Ridder@Jacksonlewis.com |
| | Alexandrea.Price@Jacksonlewis.com |
| | Jacksonville.Docketing@Jacksonlewis.com |
| | *Attorneys for Defendant Marco Destin, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record identified below:

Richard N. Margulies
Richard.Margulies@jacksonlewis.com
B. Tyler White
Tyler.White@jacksonlewis.com
JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, Florida 32202
Telephone: (904) 638-2655
Christina.Ridder@Jacksonlewis.com
Alexandrea.Price@Jacksonlewis.com
Jacksonville.Docketing@Jacksonlewis.com


                      /s/ *Mary Bubbett Jackson*